AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:23-CR-66-SE-TSM-01 |
| ROBERT MICHAEL WATERS, JR. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROBERT MICHAEL WATERS, JR.                                                                                         .

Date:        02/20/2024                                      /S/ Matthew Zahn
                                                                        *Attorney's signature*

                                                             Matthew Zahn (NH Bar #19002)
                                                              *Printed name and bar number*
                                                             Devine, Millimet & Branch, PA
                                                                  111 Amherst Street
                                                                 Manchester, NH 03101

                                                                        *Address*

                                                             mzahn@devinemillimet.com
                                                                     *E-mail address*

                                                                  (603) 699-1000
                                                                  *Telephone number*

                                                                  (603) 669-8547
                                                                     *FAX number*