UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:23-cr-00066-PB-TSM |
| ) | |
| ROBERT MICHAEL WATERS, JR. ) | |
| _____) | |

**UNITED STATES' ASSENTED-TO MOTION FOR
LEAVE OF COURT TO DISMISS INDICTMENT**

Pursuant to Fed. R. 48(a), the United States of America seeks leave of court to dismiss the indictment against the defendant in the above-captioned matter with prejudice.

The defendant, through counsel, assents to this motion.


Dated: March 29, 2024                    Respectfully submitted,

                                         JANE E. YOUNG
                                         United States Attorney

                                    By: /s/ Aaron G. Gingrande
                                         Aaron G. Gingrande
                                         Assistant U.S. Attorney
                                         United States Attorney's Office
                                         53 Pleasant Street, 4th Floor
                                         Concord, NH 03301
                                         603.230.2573
                                         Aaron.Gingrande@usdoj.gov